

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00159-CR

**ANDREW LEE JONES, JR.,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 16-04190-CRF-85

## ABATEMENT ORDER

On November 2, 2018, the State filed a Motion to Abate to Correct Reporter's Record pursuant to Rule 34.6(e)(3) of the Texas Rules of Appellate Procedure. In the motion, the State contends that certain exhibits admitted during a motion to suppress were incorrectly labeled by the reporter in the exhibit volume of the reporter's record, an exhibit admitted at trial is incorrectly labeled by the reporter in the exhibit volume of the reporter's record, and certain video exhibits were not forwarded to the Court of Appeals as part of the reporter's record. The reporter responded to the State's motion by letter,

which was not served on either party or the trial court. In the letter, the reporter notes that some of the needed corrections have been made but also notes that the reporter has questions regarding some of the exhibits.

Although the motion does not expressly state that a dispute has arisen between the parties, *see* TEX. R. APP. P. 34.6(e)(3), a dispute is presumed based on the contents of the motion. Based on the State's motion, it is difficult for this Court to understand what the record should properly reflect or whether the reporter's proffered changes will be all the necessary corrections. But because the State raised the issue about errors or inaccuracies in the record, we will abate this appeal to the trial court to allow the State the opportunity to cause the record to properly reflect the events that occurred at trial.

Accordingly, the State's motion is granted. This appeal is ABATED to the trial court to hold a hearing pursuant to Texas Rule of Appellate Procedure 34.6(e)(3) and (e)(2) within 21 days from the date of this Order. Supplemental reporter's and clerk's records and a corrected reporter's record, if ordered, are due within 28 days of the date of this Order.

PER CURIAM



Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed November 14, 2018